IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, and KELVIN HILL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:15-cv-00342 |
| ZURICH AMERICAN INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, S&S SPRINKLER, LLC, and MICHELE SOUTHERLAND, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM**

COMES NOW Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by and through its counsel of record, and answers the allegations contained in the Complaint by denying the allegations not specifically admitted, unless National Union states it is without knowledge or information sufficient to form a belief as to the truth of the allegations. As to each specific allegation of Plaintiffs' Complaint, National Union responds as follows:

1

## **PARTIES**

1. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

2. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

3. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

4. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

5. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

6. National Union admits it is a foreign corporation organized under the laws of the State of Pennsylvania with its principal offices in New York.

7. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

8. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

9. National Union admits it is authorized to transact business in the State of Alabama. As to the allegations against the other Defendants contained in this

Paragraph, National Union is without information sufficient to admit or deny same and demands strict proof thereof.

10. National Union admits this Court has jurisdiction over this matter.

11. National Union admits venue is proper.

12. National Union denies Plaintiffs are entitled to the declaratory judgment they seek with respect to any insurance issued by National Union to S&S Sprinkler Co., LLC ("S&S"). National Union admits there is no other action pending between the parties that presents, raises, or resolves these controversies.

13. This Paragraph makes no allegations or claims against National Union and therefore commands no response.

14. National Union admits Georgia-Pacific Consumer Products LP ("GP") attached to its Complaint documents it purports to be a contract between it and S&S. Those documents speak for themselves.

15. National Union admits GP attached to its Complaint documents it purports to be a contract between it and S&S. Those documents speak for themselves.

16. National Union admits GP attached to its Complaint documents it purports to be a contract between it and S&S. Those documents speak for themselves.

17. National Union admits GP attached to its Complaint documents it purports to be a contract between it and S&S. Those documents speak for themselves.

18. National Union admits GP attached to its Complaint documents it purports to be a contract between it and S&S. Those documents speak for themselves.

19. National Union admits GP attached to its Complaint documents it purports to be a contract between it and S&S. Those documents speak for themselves.

20. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

21. National Union admits GP attached to its Complaint documents it purports to be a contract between it and S&S. Those documents speak for themselves.

22. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

23. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

24. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

25. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

26. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

27. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

28. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

29. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

30. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

31. National Union admits the Southerland Lawsuit was filed. The Complaint speaks for itself.

32. National Union admits the Southerland Lawsuit was filed. The Complaint speaks for itself.

33. National Union admits Zurich American Insurance Company ("Zurich") issued a general liability policy to S&S. The remaining allegations request a conclusion of law to which no response is required. However, should it be

determined that a response is necessary, National Union denies same and demand strict proof thereof.

34. National Union admits it issued a commercial excess liability policy ("the National Union Policy") to S&S, which provides coverage pursuant to its terms and conditions and the applicable law, in excess of policies issued by Zurich and Aspen Specialty Insurance Company ("Aspen"), among others. The National Union Policy speaks for itself. National Union denies the remaining allegations contained in this Paragraph and demands strict proof thereof.

35. This Paragraph makes no allegations or claims against National Union and therefore commands no response. The Zurich policy speaks for itself.

36. This Paragraph requests a conclusion of law to which no response is required. However, should it be determined that a response is necessary, National Union denies same and demands strict proof thereof.

37. National Union admits it received notification of the Southerland Lawsuit. As to the allegations against other Defendants contained in this Paragraph, National Union is without information sufficient to admit or deny same and demands strict proof thereof.

38. Upon information and belief, National Union admits that Zurich has provided a defense to GP for the Southerland Lawsuit. As to the remainder of the

allegations contained in this Paragraph, National Union denies same and demands strict proof thereof.

39. National Union admits it has corresponded with Plaintiffs concerning coverage under the National Union Policy for the claims asserted in the Southerland Lawsuit. Such correspondence speaks for itself. As to the allegations against the other Defendants contained in this Paragraph, National Union is without information sufficient to admit or deny same and demands strict proof thereof.

## **COUNT I**

### **(Insurance Coverage/Indemnification)**

40. National Union adopts, re-alleges, and incorporates by reference its responses to the preceding Paragraphs as if fully set forth herein.

41. This Paragraph makes no allegations or claims against National Union and therefore commands no response. The Southerland Lawsuit speaks for itself.

42. This Paragraph requests a conclusion of law to which no response is required. However, should it be determined that a response is necessary, National Union denies same and demands strict proof thereof.

43. National Union denies that Plaintiffs are additional insureds under the National Union Policy and denies it had a duty to defend or indemnify Plaintiffs for the claims made in the Southerland Lawsuit. As to the allegations against other

Defendants contained in this Paragraph, National Union is without information sufficient to admit or deny same and demands strict proof thereof.

National Union denies that Plaintiffs are entitled to declaratory judgment seeking a determination of any of the statements set forth in parts (a) through (d) of the unnumbered Paragraph following Paragraph 43. National Union denies all of the allegations contained therein and demands strict proof thereof.

## COUNT II

### (Indemnity Obligation of S&S to Plaintiffs)

44. National Union adopts, re-alleges, and incorporates by reference its responses to the preceding Paragraphs as if fully set forth herein.

45. This Paragraph makes no allegations or claims against National Union and therefore commands no response. However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

46. This Paragraph requests a conclusion of law to which no response is required. However, should it be determined that a response is necessary, National Union denies same and demands strict proof thereof.

As to the unnumbered Paragraph following Paragraph 46, National Union denies GP is entitled to a determination that S&S is obligated to indemnify GP for the Southerland Lawsuit or any of the relief requested therein.

## COUNT III

### (Breach of Contract – S&S)

47. National Union adopts, re-alleges, and incorporates by reference its responses to the preceding Paragraphs as if fully set forth herein.

48. This Paragraph makes no allegations or claims against National Union and therefore commands no response.  However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

49. This Paragraph requests a conclusion of law to which no response is required.  However, should it be determined that a response is necessary, National Union denies same and demands strict proof thereof.

50. This Paragraph requests a conclusion of law to which no response is required.  However, should it be determined that a response is necessary, National Union denies same and demands strict proof thereof.

As to the unnumbered Paragraph following Paragraph 50, this Paragraph makes no allegations or claims against National Union and therefore commands no response.  However, should it be determined that a response is necessary, National Union denies the same and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### First Defense

National Union denies each and every material allegation in the Complaint and demands strict proof thereof.

### Second Defense

National Union pleads the general issue.

### Third Defense

National Union pleads the terms of any contract between GP and S&S as well as any other contract and/or document mentioned or referenced in the Complaint.

### Fourth Defense

National Union pleads that any contract between GP and S&S is to be construed and interpreted under and governed by the laws of the State of Delaware.

### Fifth Defense

National Union pleads that the indemnification provision contained in contract documents between GP and S&S is unenforceable, as it violates DEL. CODE ANN. Tit. 6, § 2704 and is further void as against public policy.

### Sixth Defense

National Union pleads that the indemnification provision contained in contract documents between GP and S&S does not require S&S to indemnify GP

and/or Kelvin Hill ("Mr. Hill"), as the only claims alleged against them in the Southerland Lawsuit are for the sole negligence of GP and/or Mr. Hill.

### Seventh Defense

National Union pleads any and all language, terms, conditions, and exclusions of any applicable insurance policy, including but not limited to, the National Union Policy.

### Eighth Defense

National Union denies Plaintiffs are entitled to coverage under the National Union Policy issued to S&S Sprinkler Co., LLC.

### Ninth Defense

National Union pleads that Plaintiffs do not qualify as additional insureds under the National Union Policy made the basis of the Complaint and that said National Union Policy does not require National Union to defend and indemnify the Plaintiffs in the Southerland Lawsuit.

### Tenth Defense

National Union pleads that minimum limits of insurance required under the contract between GP and S&S do not exceed the retained limit set forth in the National Union Policy, and therefore Plaintiffs are not additional insureds under the National Union Policy.

### Eleventh Defense

As the investigation into this matter is ongoing, National Union pleads the following affirmative defenses to avoid waiver: lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, forum non conveniens, insufficiency of process, insufficiency of service of process, and failure to join indispensable parties.

### Reservation of Defenses

National Union reserves the right to amend its answer as discovery progresses and those issues may arise.

/s/ John W. Dodson
John W. Dodson          (ASB-9724-D65J)
Michelle L. Crunk       (ASB-2967-I71C)
*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.*

OF COUNSEL:
DODSON GREGORY, LLP
P.O. Box 530725
Birmingham, Alabama 35253-0725

## CERTFICATE OF SERVICE

I hereby certify that on this the 10th day of August, 2015, I have served the foregoing document to all counsel of record via CM/ECF.

Mack B. Binion
Sarah Bond Dorger
Briskman & Binion, P.C.
P.O. Box 43
Mobile, Alabama 36601
mbinion@briskman-binion.com
sdorger@briskman-binion.com

Stanley A. Cash
John D. Herndon
Huie, Fernambucq & Stewart, LLP
2801 Hwy 280 South, Suite 200
Birmingham, Alabama 35223
sac@hueylaw.com
jdh@hueylaw.com

Thomas M. O'Hara
J. Blair Newman, Jr.
McDowell, Knight, Roedder & Sledge, LLC
11 North Water Street, Suite 13290
Mobile, Alabama 36602
tohara@mcdowellknight.com
bnewman@mcdowellknight.com

Robert L. Mitchell
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
rlm@cunninghambounds.com

Howard K. Glick
Lindsey P. Hembree
Simpson, McMahan, Glick & Burford, PLLC
2700 Highway 280, Suite 203W
Birmingham, Alabama 35223
hkglick@smgblawyers.com
lphembree@smgblawyers.com

/s/ John W. Dodson
Of Counsel